JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY FERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>GISELLE MATTESON, Warden,<br><br>Respondent.[1] | Case No. CV 23-09129 RAO<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: April 16, 2024

_Rozella A. Oliver_
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), Giselle Matteson is substituted as the proper respondent because she is the current Warden of California State Prison, Solano, where Petitioner is incarcerated.